FILED

Reset Form

2022 MAR 17 AM 10: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____JB_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

22MJ01089

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br><br>v.<br><br>Zeeshan Hayat and<br>Salma Karina Hayat<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22MJ1249 CPT<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Complaint
in the Middle District of Florida on March 15, 2022
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about April 2016 to April 2019
in violation of Title 18 U.S.C., Section(s) 371
to wit: conspiracy to defraud the United States and to solicit and receive kickbacks

A warrant for defendant's arrest was issued by: The Honorable Judge Christopher Tuite

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/16/2022
              Date

_____          Mitchell Blum
Signature of Agent                 Print Name of Agent

HHS-OIG                            Special Agent
Agency                             Title

DECLARATION RE OUT-OF-DISTRICT WARRANT

CR-52 (03/20)