1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   CATHERINE E. WAGNER
4  Trial Attorney
   Fraud Section, Criminal Division
5  United States Department of Justice
        1000 Louisiana Suite 2300
6       Houston, TX 77002
        Telephone: (202) 794-0097
7       E-mail:    catherine.wagner@usdoj.gov
   D. KEITH CLOUSER
8  Trial Attorney
   Fraud Section, Criminal Division
9  United States Department of Justice
        1400 New York Avenue, NW
10      Washington, D.C. 20530
        Telephone: (202) 256-0867
11      E-mail:    david.clouser@usdoj.gov

12 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

   | UNITED STATES OF AMERICA, | No. 2:22-MJ-01089 |
   |---|---|
   | Plaintiff, | GOVERNMENT'S WITNESS LIST |
   | v. | Hearing Date: March 25, 2022 |
   | SALMA KARINA HAYAT, | Hearing Time: 8:30 a.m. |
   | | Location:   Courtroom of the |
   | Defendant. | Hon. Paul L. Abrams |

        Plaintiff United States of America, by and through its counsel

   of record, the Fraud Section of the United States Department of

   //
   //
   //
   //
   //

Justice, hereby files its Exhibit List in preparation for the identity hearing in the above-captioned matter.

Dated: 3/24/2022                    Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney
                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                    /s/ *Catherine E. Wagner*
                                    CATHERINE E. WAGNER
                                    D. KEITH CLOUSER
                                    Trial Attorney
                                    Fraud Section, Criminal Division
                                    United States Department of Justice

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 1 | Complaint in United States v. Hayat, et al., M.D.F.L. docket number 8:22-MJ-01249-CPT<br><br>**[JUDICIAL NOTICE REQUESTED]** | | |
| 2 | Warrant for the Arrest of SALMA KARINA HAYAT<br><br>**[JUDICIAL NOTICE REQUESTED]** | | |
| 3 | Calendar/Proceedings Sheet Out-of-District Case in United States v. Salma Karina Hayat, C.D.C.A. docket number 2:22-MJ-01089<br><br>**[JUDICIAL NOTICE REQUESTED]** | | |
| 4 | Screenshot from profile for Karina Hayat on Business Intelligence for British Columbia (BIV) BC500, available at https://bc500.biv.com/categories/health-tech/ (last visited 3/24/2022) | | |
| 5 | Screenshot dated 6/6/2019 from https://twitter.com/prizmmedia?lang=en (last visited 3/23/2022) | | |
| 6 | Screenshot dated 11/3/2020 from https://twitter.com/prizmmedia?lang=en (last visited 3/23/2022) | | |
| 7 | Screenshot from https://www.prizmmedia.com/our-team-2-2/ (last visited 3/24/2022) | | |
| 8 | Screenshot from video from https://www.prizmmedia.com/about-us/ (last visited 3/24/2022) | | |

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 9 | Passport of Zeeshan Hayat | | |
| 10 | Passport of Salma Karina Hayat | | |